UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21912-CIV-SEITZ/O'SULLIVAN

COMFORTEX CORPORATION and
HUNTER DOUGLAS, INC.,

      Plaintiffs,

v.

LOMAN DISTRIBUTORS, INC.;
FACTORY BLINDS OF S. FLORIDA,
INC.; MANUEL LOPEZ; and
JAQUELINE RAMIREZ,

      Defendants.
_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal Without Prejudice [DE-22].

Having considered the Joint Stipulation, it is hereby

ORDERED THAT

(1)    The claims against Defendant Loman Distributors, Inc. and Manuel Lopez are DISMISSED WITH PREJUDICE.

(2)    All motions not otherwise ruled upon are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 8th day of December, 2009.

                        PATRICIA A. SEITZ
                        UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
All counsel of record